UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BLAKE EQUIPMENT CO., INC.<br><br>Plaintiff,<br><br>vs.<br><br>A & W ARTESIAN WELL COMPANY<br>And H. ALLAN FOLLETT,<br><br>Defendants. | C.A. No. 04-167-S |

**WITHDRAWAL OF APPEARANCE**

NOW COMES Peter J. Furness, Esq. and Brennan, Recupero, Cascione, Scungio & McAllister, LLP, and hereby withdraws his appearance on behalf of the Defendants, A & W Artesian Well Company and H. Allan Follett.

A & W ARTESIAN WELL COMPANY
and H. ALLAN FOLLETT,

By their Former Attorneys,

BRENNAN, RECUPERO, CASCIONE,
SCUNGIO & McALLISTER, LLP

Peter J. Furness, Esq. (#3608)
362 Broad Way
Providence, RI 02903
(401) 453-2300 phone
(401) 453-2345 fax

Dated: September 22, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within Withdrawal of Appearance A & W Artesian Well Company and H. Allan Follett was mailed, postage prepaid, to the following this the 23RD day of September, 2005:

Robert K. Taylor, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903-7120

Jeffrey M. Gibson, Esq.
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence, RI 02903