# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BLAKE EQUIPMENT CO., INC.,<br>Plaintiff<br><br>v.<br><br>A&W ARTESIAN WELL COMPANY<br>and H. ALLAN FOLLET,<br>Defendant | C.A. No. 04-167-S |

## NOTICE OF WITHDRAWAL OF MOTION

Now comes the Plaintiff Blake Equipment Co., Inc. and hereby withdraws its Motion for Entry of Judgment Pursuant to Settlement Agreement filed August 31, 2005, without prejudice.

BLAKE EQUIPMENT CO., INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: October 3, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal of Motion was sent by facsimile transmission and first class mail on this 3rd day of October, 2005 to:

Theodore Orson, Esq.
Orson & Brusini, Ltd.
55 Dorrance Street
Suite 400
Providence, RI 02903

820836_1/248-2