FILED
OCT 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

BLAKE EQUIPMENT CO., INC.,
Plaintiff

v.

A&W ARTESIAN WELL COMPANY
and H. ALLAN FOLLET,
Defendant

C.A. No. 04-167-S

## NOTICE OF WITHDRAWAL OF MOTION

Now comes the Plaintiff Blake Equipment Co., Inc. and hereby withdraws its Motion for Entry of Judgment Pursuant to Settlement Agreement filed August 31, 2005, without prejudice.

BLAKE EQUIPMENT CO., INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: October 3, 2005

ENTER.

DAVID L. MARTIN
United States Magistrate Judge
October 5, 2005